# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 22-80203 | | Trustee Name: | James B. Angell - Middle Distr |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. | | Date Filed (f) or Converted (c): | 10/17/2022 (f) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | 11/18/2022 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| **Ref. #** | | | | | | | | |
| 1 | Cash on hand | $80.80 | $80.80 | | $0.00 | $80.80 | $0.00 | $0.00 |
| 2 | Pinnacle Bank Savings 9084 | $1,904.67 | $1,904.67 | | $0.00 | $1,904.67 | $0.00 | $0.00 |
| 3 | Pinnacle Bank Checking 4330 | $72.03 | $72.03 | | $0.00 | $72.03 | $0.00 | $0.00 |
| 4 | Pinnacle Bank Money Market 3371 | $32,049.39 | $32,049.39 | | $72,556.76 | $0.00 | $0.00 | $0.00 |
| 5 | Security deposit for Pegasus Properties | $13,721.51 | $13,721.51 | | $0.00 | $13,721.51 | $0.00 | $0.00 |
| 6 | Duke Energy overpayment | $1,087.15 | $1,087.15 | | $3,512.85 | $0.00 | $0.00 | $0.00 |
| 7 | Annual payment for Liability Insurance (Liberty Surplus Insurance Corporation) | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Accounts receivable  11a. 90 days old or less: 46,236.54 - 19,419.35 | $26,817.19 | $26,817.19 | | $40,523.20 | $0.00 | $0.00 | $0.00 |
| 9 | Over 90 days old: 528,659.77 - 528,659.77 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Charles Schwab | $46,195.22 | $46,195.22 | | $28.70 | $46,166.52 | $0.00 | $0.00 |
| 11 | Boutique Inventory September 2022 $0.00 Physical count | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Office furniture $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | Office furniture $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Office equipment $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Medical equipment $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ncbirthcenter.org $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Customer lists $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | Potential breach of contract lawsuit against MSOC Health aka MSOC, LLC, aka Management Services On-Call, Inc. aka Coronis Health RCM, LLC aka CMC3 Holding Company, Inc.  Nature of claim Civil Amount requested $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Proof of Claim filed in WNC Birth Center Ch. 7 Bankruptcy, Case no. 21-10171 (WDNC)  Nature of claim Proof of Claim Amount requested $830,288.12 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Life Insurance Refunds - payment beyond termination **(u)** | $0.00 | $0.00 | | $499.86 | $0.00 | $0.00 | $0.00 |
| 21 | Insurance Premium refund **(u)** | $0.00 | $0.00 | | $975.42 | $0.00 | $0.00 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $0.00 | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 22-80203 | | Trustee Name: | James B. Angell - Middle Distr |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. | | Date Filed (f) or Converted (c): | 10/17/2022 (f) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | 11/18/2022 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| TOTALS (Excluding unknown value) | $121,927.96 | $121,927.96 | | $118,096.79 | $61,945.53 | $0.00 | $0.00 |

**Major Activities affecting case closing:**

03/31/2024    THE TRUSTEE FILED CLAIMS OBJECTIONS AND IS WORKING TO PROVIDE EVIDENCE OF TAX REFUNDS DUE THE DEBTOR
             TO THE IRS.

             SIXTH INTERIM REPORTS.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2024 | /s/ JAMES B. ANGELL | |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2024 | JAMES B. ANGELL | |

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 22-80203 |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. |
| Primary Taxpayer ID #: | **-***1203 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2024 |
| For Period Ending: | 03/31/2024 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0011 |
| Account Title: | Trustee Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2022 | (4) | PINNACLE BANK | | 1129-000 | $72,556.76 | | $72,556.76 |
| 10/26/2022 | (8) | MELALEUCA THE WELLNESS COMPANY | | 1129-000 | $32.07 | | $72,588.83 |
| 10/26/2022 | (8) | TRICARE/HUMANA MILITARY | | 1129-000 | $109.83 | | $72,698.66 |
| 10/26/2022 | (8) | CABC | | 1129-000 | $4,333.33 | | $77,031.99 |
| 10/26/2022 | (8) | TRICARE | | 1129-000 | $41.78 | | $77,073.77 |
| 10/26/2022 | (8) | WELLCARE OF NORTH CAROLINA, IN | | 1129-000 | $129.02 | | $77,202.79 |
| 10/26/2022 | (8) | WELLCARE OF NORTH CAROLINA INC. | | 1129-000 | $120.17 | | $77,322.96 |
| 10/26/2022 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $5.00 | | $77,327.96 |
| 10/26/2022 | (8) | WELLCARE OF NORTH CAROLINA, INC. | | 1129-000 | $136.01 | | $77,463.97 |
| 10/26/2022 | (20) | OMAHA INSURANCE COMPANY | | 1229-000 | $11.12 | | $77,475.09 |
| 10/27/2022 | (8) | ANTHEM BLUE CROSS | | 1129-000 | $2.06 | | $77,477.15 |
| 11/02/2022 | 5001 | Locksmith Pro NC | Payment pursuant to Invoice #1666730967 & Invoice #1666892890 | 2200-000 | | $2,071.62 | $75,405.53 |
| 11/14/2022 | 5002 | IT Guys, LLC | Payment pursuant to Invoice #7116 | 2990-000 | | $244.53 | $75,161.00 |
| 11/16/2022 | (8) | METABANK, NA | | 1129-000 | $190.00 | | $75,351.00 |
| 11/16/2022 | (8) | UMB BANK, NA | | 1129-000 | $139.19 | | $75,490.19 |
| 11/16/2022 | (8) | UNITEDHEALTHCARE COMM PLAN OF NC | | 1129-000 | $5.00 | | $75,495.19 |
| 11/22/2022 | 5001 | STOP PAYMENT: Locksmith Pro NC | Payment pursuant to Invoice #1666730967 & Invoice #1666892890; VOIDED because sending check to different address | 2200-004 | | ($2,071.62) | $77,566.81 |
| 11/22/2022 | 5003 | Lucy Davis | Reimbursement for payment of Locksmith Pro expense | 2200-000 | | $2,071.62 | $75,495.19 |
| 11/29/2022 | (20) | UNUM LIFE INSURANCE COMPANY | | 1229-000 | $255.43 | | $75,750.62 |
| 11/29/2022 | (20) | UNUM LIFE INSURANCE COMPANY | | 1229-000 | $221.24 | | $75,971.86 |
| 11/29/2022 | (20) | UNUM LIFE INSURANCE | | 1229-000 | $12.07 | | $75,983.93 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $111.50 | $75,872.43 |
| 12/06/2022 | (8) | MELALEUCA | | 1129-000 | $38.02 | | $75,910.45 |
| 12/07/2022 | (8) | PPS E PMT CLEARING HOUSE TRUST | | 1129-000 | $74.00 | | $75,984.45 |
| 12/12/2022 | (8) | TRICARE PAYMENT | | 1129-000 | $175.07 | | $76,159.52 |
| 12/16/2022 | (8) | UNITED HEALTHCARE SVS INC | | 1129-000 | $120.00 | | $76,279.52 |
| | | | **SUBTOTALS** | | $78,707.17 | $2,427.65 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| Case No. | 22-80203 | |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. | |
| Primary Taxpayer ID #: | **-***1203 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2024 | |
| For Period Ending: | 03/31/2024 | |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0011 |
| Account Title: | Trustee Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2022 | (6) | DUKE ENERGY | | 1129-000 | $1,589.20 | | $77,868.72 |
| 12/19/2022 | (8) | MELALEUCA | | 1129-000 | $32.40 | | $77,901.12 |
| 12/19/2022 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $5.00 | | $77,906.12 |
| 12/27/2022 | (6) | DUKE ENERGY | | 1129-000 | $391.09 | | $78,297.21 |
| 12/27/2022 | 5004 | HostGo/ Register Go | Payment pursuant to Invoice #556917 | 2990-000 | | $300.00 | $77,997.21 |
| 12/29/2022 | 5005 | ACCESS | Payment pursuant to invoice #0020497 | 2990-000 | | $146.42 | $77,850.79 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $114.18 | $77,736.61 |
| 01/03/2023 | (8) | PATHWARD, NA | | 1129-000 | $109.00 | | $77,845.61 |
| 01/11/2023 | (8) | ACS BENEFIT SERVICES LLC | | 1129-000 | $66.78 | | $77,912.39 |
| 01/11/2023 | (21) | BLUECROSS BLUE SHIELD OF NC | | 1229-000 | $967.42 | | $78,879.81 |
| 01/11/2023 | (21) | BLUECROSS BLUESHIELD OF NC | | 1229-000 | $8.00 | | $78,887.81 |
| 01/18/2023 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $5.00 | | $78,892.81 |
| 01/18/2023 | (8) | MELALEUCA | | 1129-000 | $28.99 | | $78,921.80 |
| 01/24/2023 | (8) | NATIONAL ACCOUNTS DEDICATED SERVICE | | 1129-000 | $30.00 | | $78,951.80 |
| 02/06/2023 | (8) | WELLCARE OF NORTH CAROLINA INC. | | 1129-000 | $77.12 | | $79,028.92 |
| 02/07/2023 | (10) | CHARLES SCHWAB | | 1129-000 | $28.69 | | $79,057.61 |
| 02/13/2023 | (8) | WELLCARE OF NORTH CAROLINA INC | | 1129-000 | $474.07 | | $79,531.68 |
| 02/21/2023 | (8) | MELALEUCA | | 1129-000 | $33.60 | | $79,565.28 |
| 02/21/2023 | 5006 | ACCESS | Payment pursuant to invoice #0020624 | 2990-000 | | $146.42 | $79,418.86 |
| 02/28/2023 | (8) | WELLCARE OF NORTH CAROLINA INC. | | 1129-000 | $2.50 | | $79,421.36 |
| 03/08/2023 | (8) | WOMEN'S BIRTH & WELLNESS CENTER | DEPOSIT FROM PREPETITION ACCOUNT; RETURNED BY BANK BECAUSE BANK ACCOUNT FROZEN | 1129-000 | $17,000.00 | | $96,421.36 |
| 03/08/2023 | 5007 | International Sureties, LTD. | Bond Payment | 2300-000 | | $67.14 | $96,354.22 |
| 03/09/2023 | (10) | CHARLES SCHWAB | | 1129-000 | $0.01 | | $96,354.23 |
| 03/20/2023 | (8) | TRAVIS A HURANT | | 1129-000 | $219.00 | | $96,573.23 |
| 03/20/2023 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $2.50 | | $96,575.73 |
| 03/20/2023 | (8) | AMERIHEALTH CARITAS NC | | 1129-000 | $2.50 | | $96,578.23 |
| 03/23/2023 | (8) | MELALEUCA | | 1129-000 | $32.22 | | $96,610.45 |
| | | | **SUBTOTALS** | | $21,105.09 | $774.16 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 22-80203 | |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. | |
| Primary Taxpayer ID #: | **-***1203 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2024 | |
| For Period Ending: | 03/31/2024 | |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0011 |
| Account Title: | Trustee Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2023 | (6) | DUKE ENERGY | | 1129-000 | $1,217.56 | | $97,828.01 |
| 03/27/2023 | (8) | FRONTIER CO-OP | | 1129-000 | $10.57 | | $97,838.58 |
| 04/04/2023 | (8) | WOMEN'S BIRTH & WELLNESS CENTER | DEPOSIT FROM PREPETITION ACCOUNT; RETURNED BY BANK BECAUSE BANK ACCOUNT FROZEN | 1129-000 | ($17,000.00) | | $80,838.58 |
| 04/19/2023 | (8) | UNITEDHEALTHCARE PLAN OF NC | | 1129-000 | $22.50 | | $80,861.08 |
| 05/01/2023 | (6) | DUKE ENERGY | | 1129-000 | $315.00 | | $81,176.08 |
| 05/02/2023 | (8) | ONLINE INFORMATION SERVICES INC. | | 1129-000 | $136.78 | | $81,312.86 |
| 05/04/2023 | (8) | UNITED HEALTHCARE SVS INC | | 1129-000 | $60.00 | | $81,372.86 |
| 05/15/2023 | (8) | TRICARE EAST REGION CUSTOMER | | 1129-000 | $1,755.29 | | $83,128.15 |
| 05/16/2023 | (8) | ONLINE INFORMATION SERVICES INC | | 1129-000 | $136.78 | | $83,264.93 |
| 05/18/2023 | (8) | TRICARE PAYMENT | | 1129-000 | $3,304.95 | | $86,569.88 |
| 05/18/2023 | (8) | MEDALEUCA | | 1129-000 | $31.13 | | $86,601.01 |
| 05/18/2023 | (8) | UNITEDHEALTHCARE COMMUNITY & STATE | | 1129-000 | $22.50 | | $86,623.51 |
| 05/19/2023 | (8) | AMERIHEALTH | | 1129-000 | $2.50 | | $86,626.01 |
| 05/22/2023 | (8) | MELALEUCA | | 1129-000 | $30.75 | | $86,656.76 |
| 06/12/2023 | (8) | PINNACLE BANK | | 1129-000 | $22,220.33 | | $108,877.09 |
| 06/20/2023 | (8) | MELALEUCA | | 1129-000 | $29.08 | | $108,906.17 |
| 07/11/2023 | (8) | ONLINE INFORMATION SERVICES, INC. | | 1129-000 | $136.78 | | $109,042.95 |
| 07/11/2023 | (8) | WELLCARE OF NORTH CAROLINA INC. | | 1129-000 | $78.76 | | $109,121.71 |
| 07/17/2023 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $20.00 | | $109,141.71 |
| 07/17/2023 | (8) | MELALEUCA | | 1129-000 | $30.04 | | $109,171.75 |
| 07/17/2023 | (8) | BIRTH PARTNERS, INC. | | 1129-000 | $4,500.00 | | $113,671.75 |
| 07/18/2023 | (8) | ONLINE INFORMATION SERVICES INC | | 1129-000 | $136.78 | | $113,808.53 |
| 07/18/2023 | (8) | MICHAEL PARSONS | | 1129-000 | $20.00 | | $113,828.53 |
| 07/25/2023 | (8) | UNITED HEALTHCARE SVS INC | | 1129-000 | $75.00 | | $113,903.53 |
| 08/14/2023 | (8) | UNITED HEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $17.50 | | $113,921.03 |
| 08/22/2023 | (8) | MELALEUCA | | 1129-000 | $35.96 | | $113,956.99 |
| 08/30/2023 | (8) | WELLCARE OF NORTH CAROLINA, INC. | | 1129-000 | $20.00 | | $113,976.99 |
| | | | **SUBTOTALS** | | $17,366.54 | $0.00 | |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 22-80203 | |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. | |
| Primary Taxpayer ID #: | **-***1203 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2024 | |
| For Period Ending: | 03/31/2024 | |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Pinnacle Bank |
| Checking  Acct #: | ******0011 |
| Account Title: | Trustee Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/11/2023 | (8) | ONLINE INFORMATION SERVICES INC. | | 1129-000 | $136.78 | | $114,113.77 |
| 09/11/2023 | (8) | ONLINE INFORMATION SERVICES INC | | 1129-000 | $136.78 | | $114,250.55 |
| 09/19/2023 | (8) | MELALEUCA | | 1129-000 | $37.44 | | $114,287.99 |
| 09/21/2023 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $17.50 | | $114,305.49 |
| 09/25/2023 | (8) | WELLCARE OF NORTH CAROLINA, INC. | | 1129-000 | $47.50 | | $114,352.99 |
| 10/03/2023 | 5008 | IT Guys, LLC | Payment pursuant to invoice no. 8857 | 2990-000 | | $59.20 | $114,293.79 |
| 10/18/2023 | (8) | MELALEUCA | | 1129-000 | $33.32 | | $114,327.11 |
| 10/25/2023 | (8) | ONLINE INFORMATION SERVICES INC | | 1129-000 | $136.79 | | $114,463.90 |
| 10/25/2023 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $17.50 | | $114,481.40 |
| 11/14/2023 | (8) | WELLCARE OF NORTH CAROLINA INC. | | 1129-000 | $42.50 | | $114,523.90 |
| 11/27/2023 | (8) | MEDALEUCA | | 1129-000 | $29.77 | | $114,553.67 |
| 12/18/2023 | 5009 | ACCESS | Payment for Account RDB000327, Inv. Nos. 10207143,10254668,10320711, 10384819, 10430190 and 10465975 | 2990-000 | | $1,227.23 | $113,326.44 |
| 12/20/2023 | (8) | MELALEUCA | | 1129-000 | $30.73 | | $113,357.17 |
| 01/31/2024 | (8) | WELLCARE OF NORTH CAROLINA, INC. | | 1129-000 | $42.50 | | $113,399.67 |
| 02/05/2024 | (8) | MELALEUCCA | | 1129-000 | $27.81 | | $113,427.48 |
| 02/16/2024 | (8) | UnitedHealthcare Plan of North Carolina | | 1129-000 | $62.50 | | $113,489.98 |
| 02/20/2024 | (8) | MELALEUCA | | 1129-000 | $37.82 | | $113,527.80 |
| 03/15/2024 | (8) | UNITEDHEALTHCARE COMMUNITY PLAN OF | | 1129-000 | $50.00 | | $113,577.80 |
| 03/18/2024 | (8) | MELALEUCA | | 1129-000 | $30.75 | | $113,608.55 |
| | | | **SUBTOTALS** | | $917.99 | $1,286.43 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 22-80203 | |
| **Case Name:** | WOMEN'S BIRTH & WELLNESS CENTER, INC. | |
| **Primary Taxpayer ID #:** | **-***1203 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 01/01/2024 | |
| **For Period Ending:** | 03/31/2024 | |

| | |
|---|---|
| **Trustee Name:** | James B. Angell - Middle Distric |
| **Bank Name:** | Pinnacle Bank |
| **Checking  Acct #:** | ******0011 |
| **Account Title:** | Trustee Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $118,096.79 | $4,488.24 | $113,608.55 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $118,096.79 | $4,488.24 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $118,096.79 | $4,488.24 | |

**For the period of  01/01/2024 to 03/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $251.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $251.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/26/2022  to 3/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $118,096.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $118,096.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,488.24 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp  Disbursements | $4,488.24 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Page No:** 6

| | |
|---|---|
| Case No. | 22-80203 |
| Case Name: | WOMEN'S BIRTH & WELLNESS CENTER, INC. |
| Primary Taxpayer ID #: | **-***1203 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2024 |
| For Period Ending: | 03/31/2024 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0011 |
| Account Title: | Trustee Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $118,096.79 | $4,488.24 | $113,608.55 |

**For the period of 01/01/2024 to 03/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $251.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $251.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/26/2022 to 3/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $118,096.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $118,096.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,488.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,488.24 |
| Total Internal/Transfer Disbursements: | $0.00 |